IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHORE TO SHORE PROPERTIES, LLC, et al.,

    Plaintiffs,

  v.

ALLIED WORLD ASSURANCE COMPANY HOLDINGS AG,

    Defendant.

No. C 11-01512 JSW

**ORDER RE BRIEFING SCHEDULE ON MOTION TO TRANSFER**

On July 5, 2011, Defendant filed a Motion to Transfer Venue, which is noticed for hearing on September 2, 2011. Although when it filed the motion, Defendant indicated that the opposition is due on August 12, 2011, pursuant to Northern District Civil Local Rule 7-3(a), the opposition brief is due fourteen (14) days after the motion is filed and served. Because this is an efiling case, Plaintiffs' opposition is due on Tuesday, July 19, 2011. Pursuant to Local Rule 7-3(c), Defendant's reply is due seven days after Defendant's opposition is filed and served, *i.e.* by no later than July 26, 2011.

**IT IS SO ORDERED.**

Dated: July 5, 2011

                                               JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE