McCURDY & FULLER LLP
4300 Bohannon Dr., Suite 240
Menlo Park, CA 94025
(650) 618-3500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHORE TO SHORE PROPERTIES, LLC; S2S SUNSWEPT ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED WORLD ASSURANCE COMPANY HOLDINGS AG d/b/a ALLIED WORLD NATIONAL ASSURANCE COMPANY,<br><br>Defendant. | CASE NO.: CV 11-1512 JSW<br><br>[PROPOSED] ORDER |

Having considered the stipulation of the parties to continue the case management conference until defendant Allied World Assurance Company (U.S.), Inc.'s motion to transfer pursuant to 28 U.S.C. § 1404(a) is heard and ruled upon and good cause appearing, the Court hereby continues the case management conference currently scheduled for July 22, 2011.

Dated: July 7___, 2011

_____
Jeffrey S. White
United States District Court Judge
Northern District of California

The parties shall appear for a case management conference on Friday, September 30, 2011, at 1:30 p.m. The parties' joint case management conference statement shall be due by no later than Septembe 23, 2011. This date shall be vacated if the motion to transfer is granted.

43447

- 1 -

[PROPOSED] ORDER